# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MELANIE DUKES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NIPPON EXPRESS U.S.A., INC.,<br><br>　　　　　Defendant. | CIVIL ACTION NO. 1:20-cv-05193-MHC-JSA |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is stipulated to and agreed by and between the parties in the above-styled case, through their attorneys, that Plaintiff Melanie Dukes' claims against Defendant Nippon Express U.S.A., Inc. are dismissed with prejudice, with each party to bear their own costs and attorney's fees.

Dated: June 11, 2021.

/s/ J. Stephen Mixon*
J. Stephen Mixon
Georgia State Bar No. 514050
steve@mixon-law.com
THE MIXON LAW FIRM, LLC
1691 Phoenix Boulevard
Suite 150
Atlanta, Georgia 30349
Phone: (770) 955-0100

/s / Jennifer B. Miller
Owen T. Hill
Georgia State Bar No. 354393
ohill@littler.com
Jennifer B. Miller
Georgia State Bar No. 614520
jbmiller@littler.com
LITTLER MENDELSON, P.C.
3424 Peachtree Road, N.E.

Facsimile: (678) 999-5039

**COUNSEL FOR PLAINTIFF**

*With Express Permission*

Suite 1200
Atlanta, GA 30326
Phone: (404) 233-0330
Facsimile: (404) 233-2361

**COUNSEL FOR DEFENDANT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MELANIE DUKES,<br><br>    Plaintiff,<br><br>v.<br><br>NIPPON EXPRESS U.S.A., INC.,<br><br>    Defendant. | CIVIL ACTION NO. 1:20-cv-05193-MHC-JSA |

### CERTIFICATE OF SERVICE

I certify that on June 11, 2021, I electronically filed the foregoing using the Court's CM/ECF system, which automatically sends notification to the following counsel of record:

J. Stephen Mixon
THE MIXON LAW FIRM
1691 Phoenix Blvd., Suite 150
Atlanta, GA 30324
steve@mixon-law.com

*/s/ Jennifer B. Miller*
Jennifer B. Miller
Georgia Bar No. 614520